(132 So. 870)
## Will JACOBS v. STATE.
### 4 Div. 548.

Supreme Court of Alabama.
March 12, 1931.

J. C. Fleming, of Elba, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Will Jacobs for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Jacobs v. State, 132 So. 868.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.